IN THE MATTER OF THE TRANSFER INHERITANCE TAX ASSESSMENT IN THE ESTATE OF *CHARLES F. WALLACE*, DECEASED.

JOSEPH C. CORNWALL AND FIDELITY UNION TRUST COMPANY, EXECUTORS, *ETC.*, PLAINTIFFS-RESPONDENTS, v. WILLIAM KINGSLEY, DEFENDANT-PETITIONER.

*Mr. Arthur J. Sills, Mr. Elias Abelson* and *Mr. Thaddeus Robert Zochowski* for the petitioner.

*Messrs. Shanley & Fisher, Mr. F. Earl Water, Jr.,* and *Mr. John Kandravy* for the respondents.

July 8, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANDRE S. DOSZPOLY, DEFENDANT-PETITIONER.

*Mr. M. Gene Haeberle* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Christopher R. Wood* for the respondent.

July 8, 1968. Granted and cause remanded to Appellate Division for a hearing on the merits.

ROSALIA RACLI, *ET AL.*, PLAINTIFFS-PETITIONERS, v. MARTHA WEIBEN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Alfred J. Cozzi* for the petitioners.

*Messrs. Breslin & Breslin* and *Messrs. Conway & Leary* for the respondents.

July 8, 1968. Denied.